CANFIELD v. CANFIELD.

## Bettie C. Canfield v. Augustus H. Canfield.

*Divorce: Bill: Adultery: Venereal disease: Extreme cruelty.* A bill for divorce, which, in stating a case for divorce on the ground of adultery, avers the contracting by defendant of a venereal disease, will authorize a decree on the ground of extreme cruelty, where the proofs clearly substantiate the fact so averred.

*Heard and decided October 11.*

Appeal in Chancery from Wayne Circuit.

*D. C. Holbrook* and *Ward & Palmer*, for complainant.

*R. P. & J. B. Eldredge*, for defendant.